## IN THE UNITED STATES DISTRICT
## COURT FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **PEKIN INSURANCE COMPANY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) No. 1:24-cv-01500-JRS-MG |
| | ) |
| **GOLDEN TREE, LLC,** | ) |
| **SAMUEL MARTINEZ, III, and** | ) |
| **SEAN M. RITZ,** | ) |
| | ) |
| **Defendants.** | ) |

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Now comes Plaintiff, Pekin Insurance Company ("Pekin"), by and through its attorneys, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and respectfully requests this Honorable court to grant summary judgment in its favor as there is no genuine issue as to any material fact that Pekin is entitled to summary judgment as a matter of law that it owes no duty or obligation to defend Defendants Golden Tree, LLC and Samuel Martinez, III, in the underlying action personal-injury filed by Sean M. Ritz.

In support of Plaintiff's motion for summary judgment, Pekin would rely upon the pleadings, deposition transcripts, and policy of insurance attached as Exhibits A through D to this motion. In further support of Plaintiff's motion for summary judgment, Pekin would incorporate herein, by reference, its memorandum in support of its motion for summary judgment as if fully set forth herein.

WHEREFORE the Plaintiff, Pekin Insurance Company, respectfully requests this Honorable Court to grant its motion for summary judgment as a matter of law as to the following:

(1) That the Court declares and determines that Pekin Insurance Company has no duty or obligation to defend Golden Tree, LLC and Samuel Martinez,

III, under policy numbered CL0243515, for the complaint which is currently pending in the Circuit Court of Marion County, Indiana, under Cause No. 49D01-2307-CT-028431.

(2) That the Court grant Pekin Insurance Company such other and further relief as the Court deems fit and just under the circumstances.

>Respectfully submitted:
>
>BURGLAND LAW, LLC
>
>BY: */s/ Richard M. Burgland*
>
>Richard M. Burgland
>IL Bar No. 6289146
>BURGLAND LAW, LLC
>89 N. Edgewood Ave.
>La Grange, Illinois 60525
>(773) 294-7743
>rmb@burglandlaw.com
>*Attorneys for Plaintiff*