UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PEKIN INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GOLDEN TREE, LLC, )<br>SAMUEL MARTINEZ, III, )<br>SEAN M RITZ, )<br>)<br>Defendants. ) | No. 1:24-cv-01500-JRS-MG |

MINUTE ENTRY FOR JUNE 17, 2025
SETTLEMENT CONFERENCE
HON. MARIO GARCIA, MAGISTRATE JUDGE

The parties appeared in person and by counsel for a settlement conference. A settlement has been reached in this action. Therefore, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED**.

Within thirty (30) days of the date of this entry, the parties shall file a motion to dismiss this cause and submit an order for the Court's signature ordering the dismissal of this action or a stipulation of dismissal (consistent with the agreement of the parties). Additional time to complete the execution of the settlement documents may be granted for good cause shown, if requested in writing before expiration of this period.

So ORDERED.

Date: 6/17/2025

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

To ECF Counsel of Record