> Acknowledged. Case dismissed with prejudice.
>
> JRS, CJ, 8/13/2025.
>
> Distribution to all counsel of record via CM/ECF.

IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| PEKIN INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:24-cv-01500-JRS-MG |
| | ) |
| GOLDEN TREE, LLC, et al. | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Plaintiff, Pekin Insurance Company, and Defendants Golden Tree, LLC, Samuel Martinez, III, and Sean M. Ritz (collectively "Defendants) pursuant to F.R.C.P. 41(a)(1), hereby stipulate to the dismissal of Plaintiff's action against Defendants with prejudice and with each party to bear their own fees and costs.

Respectfully submitted:

| | |
|---|---|
| By:/s/ *Richard M. Burgland*<br><br>Richard M. Burgland<br>BURGLAND LAW, LLC<br>89 N. Edgewood Ave<br>La Grange, Illinois 60525<br>(773) 294-7743<br> rmb@burglandlaw.com<br><br>*Attorneys for Plaintiff* | By:/s/ *Jared A. Harts*<br><br>Jared A. Harts, Esq. #25622-49<br>8900 Keystone Crossing, Ste. 150<br>Indianapolis, IN 46240<br>T: (317) 566-9600<br>F: (317) 566-9606<br>jared@golitkodaly.com<br><br>*Attorneys for Defendant Sean M. Ritz* |
| Ryan J. Guillory<br>MCNEELY LAW LLP<br>2177 Intelliplex Drive, Ste. 251<br>Shelbyville, IN 46176<br>rguillory@mcneelylaw.com<br><br>*Attorneys for Defendants Golden Tree, LLC<br>& Samuel Martinez, III* | |